**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**CHARLIE LEE DREW,**

**Plaintiff,**

**v.** **Case No. 4:26-cv-202-AW-MAF**

**STATE OF FLORIDA,**

**Defendant.**

_______________________________/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff has not complied with a court order to submit a signed prisoner consent form, and he has not objected to the magistrate judge's report and recommendation (ECF No. 11), which recommends dismissal on that basis (and other bases). It appears Plaintiff has abandoned his case.

To the extent it recommends dismissal for failure to comply with a court order, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order." The clerk will then close the file.

SO ORDERED on September 21, 2026.

s/ *Allen Winsor*
Chief United States District Judge